**LES HAIT, Esq./SBN 054922**
**LAW OFFICES OF LES HAIT**
**762 East Avenue**
**Chico, CA 95926**
**(530) 895-3352**
**Fax: (530) 895-0401**

**Attorney for Defendants, B&B EQUITY GROUP, LLC, and**
                         **EAGLE INVESTMENT CORPORATION OF AMERICA**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Case No.  2:08-cv-00932-MCE-DAD |
| Plaintiffs, | STIPULATION AND ORDER RE SETTING ASIDE ENTRY OF DEFAULT |
| vs. | |
| EDITH FAHL, EDITH FAHL, ILIT 02-28-06, RED ROCK INVESTORS, LLC, EDITH FAHL LLC, EDITH FAHL, II, LLC, B&B EQUITY GROUP, LLC, EAGLE INVESTMENT CORPORATION OF AMERICA, | |
| Defendants. / | |

It is hereby stipulated and agreed by and between the parties, through their attorneys as follows:

---

LAW OFFICES OF
LES HAIT
*A Professional Corporation*
762 EAST AVENUE
CHICO, CALIFORNIA 95926

**1**
**STIPULATION AND ORDER RE SETTING ASIDE ENTRY OF DEFAULT**

PDF created with pdfFactory trial version www.pdffactory.com

That the Default entered against Defendants, B&B EQUITY GROUP, LLC, and EAGLE INVESTMENT CORPORATION OF AMERICA, on August 11, 2008, be set aside.

Defendants, B&B EQUITY GROUP, LLC, and EAGLE INVESTMENT CORPORATION OF AMERICA, shall have 10 (ten) days from entry of the Order to file their Answer.

SO STIPULATED.

Dated: August ____, 2008

_____
CHARAN HIGBEE, Attorney for Plaintiff

Dated: August ____, 2008

_____
LES HAIT, Attorney for Defendants,
B&B EQUITY GROUP, LLC, and EAGLE
INVESTMENT CORPORATION OF
AMERICA

## ORDER

Good cause appearing to the satisfaction of the court, IT IS HEREBY ORDERED AS FOLLOWS:

The Default of the Defendants, B&B EQUITY GROUP, LLC, and EAGLE INVESTMENT CORPORATION OF AMERICA, entered on August 11, 2008, shall be set aside. Defendants shall file an Answer to the Complaint within 10 (ten) days of the entry of this Order.

IT IS SO ORDERED.

DATED: August 18, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
LES HAIT
A Professional Corporation
762 EAST AVENUE
CHICO, CALIFORNIA 95926

**1**

STIPULATION AND ORDER RE SETTING ASIDE ENTRY OF DEFAULT

PDF created with pdfFactory trial version www.pdffactory.com