IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMERICAN GENERAL LIFE
INSURANCE COMPANY,

        Plaintiff,                      No. CIV S-08-0932 MCE DAD

    v.

EDITH FAHL, et al.,

        Defendants.              <u>ORDER</u>

_____/

        This matter came before the court on this court's regularly scheduled law and motion calendar on November 21, 2008, for hearing of plaintiff's motion for default judgment against defendants Red Rock Investors, LLC; Edith Fahl, LLC; and Edith Fahl II, LLC.  Charan M. Higbee, Esq. appeared telephonically on behalf of plaintiff.  Les Hait, Esq. appeared telephonically on behalf of defendants B&B Equity Group, LLC and Eagle Investment Corporation of America.  No appearance was made by or on behalf of any other defendant.

        For the reasons set forth in open court, IT IS HEREBY ORDERED that:

        1. Hearing of plaintiff's motion for default judgment (Doc. No. 24) is reset for December 19, 2008, at 10:00 a.m. in Courtroom 27 before the undersigned.  Any party may appear at the hearing telephonically.  To arrange telephonic appearance, the party shall contact

1

1  Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later
2  than forty-eight hours prior to the time set for hearing.
3       2.  Plaintiff shall file and serve any supplemental briefing on or before December
4  12, 2008.
5  DATED: November 21, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\american generallifeins0932.ord