ADRIENNE C. PUBLICOVER (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
CHARAN M. HIGBEE (SBN 148293)
Email: charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDITH FAHL, EDITH FAHL ILIT 02-28-06, RED ROCK INVESTORS, LLC, EDITH FAHL LLC, EDITH FAHL II, LLC, B&B EQUITY GROUP, LLC, EAGLE INVESTMENT CORPORATION OF AMERICA,<br><br>　　　　　Defendants. | Case No.   CV08-00932 MCE DAD<br><br>**STIPULATED JUDGMENT**<br><br><br>Courtroom:  7<br>Floor　　:  14<br>Before　　:  Hon. Morrison C. England, Jr. |

　　　Upon reading the Stipulation For Entry of Judgment and Order Thereon and it appearing that this Court has jurisdiction of the parties and of the subject matter, and good cause appearing therefor,

///

///

---

1
**STIPULATED JUDGMENT**
USDC EDCA Case # CV08-00932 MCE DAD
382471.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. That the Clerk of this Court having entered the default of defendants Red Rock Investors, LLC, Edith Fahl LLC and Edith Fahl II, LLC in this action and that none of these defendants having appeared in this action, a default judgment hereby is entered against defendants Red Rock Investors, LLC, Edith Fahl LLC and Edith Fahl II, LLC and in favor of plaintiff American General Life Insurance Company as to each and every claim for relief set forth in the Complaint and it is hereby adjudged that defendants Red Rock Investors, LLC, Edith Fahl LLC and/or Edith Fahl II, LLC have no right or entitlement to any or all of the funds interpled in this action;

2. That American General Life Insurance Company Policy No. U10035120L insuring the life of Edith Fahl and issued on or about May 2, 2006 (hereinafter "the Policy") properly is subject to rescission, hereby is rescinded and is declared null and void *ab initio*;

3. That plaintiff American General Life Insurance Company was and is unable to determine to whom the premiums paid for the Policy, in the amount of $262,694.28, should be returned based on the rescission of the Policy;

4. That plaintiff American General Life Insurance Company has entered into a Settlement and Release Agreement with Edith Fahl pursuant to which she has disclaimed any interest in the premiums paid for the Policy;

5. That plaintiff American General Life Insurance Company properly deposited the premiums paid for the Policy, in the amount of $262,694.28, with the Clerk of this Court, that plaintiff American General Life Insurance Company alleged a proper claim for interpleader in this action, and that plaintiff American General Life Insurance Company hereby is granted judgment of interpleader in its favor as to defendants Red Rock Investors, LLC, Edith Fahl LLC, Edith Fahl II, LLC, B&B Equity Group LLC and/or Eagle Investment Corporation of America;

///

///

PDF created with pdfFactory trial version www.pdffactory.com

6.	That, having deposited the premiums paid for the Policy with the Clerk of this Court and based on the rescission of the Policy, plaintiff American General Life Insurance Company hereby is released, discharged and acquitted of and from any liability of any kind or nature whatsoever under the Policy, now or ever, to defendants Red Rock Investors, LLC, Edith Fahl LLC, Edith Fahl II, LLC, B&B Equity Group, LLC and/or Eagle Investment Corporation of America and that plaintiff American General Life Insurance Company has fully satisfied any and all liability under the Policy as to defendants Red Rock Investors, LLC, Edith Fahl LLC, Edith Fahl II, LLC, B&B Equity Group, LLC and/or Eagle Investment Corporation of America;

7.	That defendants Red Rock Investors, LLC, Edith Fahl LLC, Edith Fahl II, LLC and/or Eagle Investment Corporation of America have no right or entitlement to the funds interpled in this action by plaintiff American General Life Insurance Company, in the amount of $262,694.28, or to any portion of the interpled funds;

8.	That plaintiff American General Life Insurance Company is entitled to the sum of $15,000.00, to be disbursed from the funds interpled with the Clerk of the Court in this action, as reimbursement for the attorney's fees and costs incurred by American General Life Insurance Company in bringing the interpleader action;

9.	That defendant B&B Equity Group, LLC is to entitled the remaining sum, after the disbursement to American General Life Insurance Company in the amount of $15,000.00 and after the assessment of any fees by the Court, of the funds interpled by plaintiff American General Life Insurance Company in this action;

10.	That the Clerk of this Court shall disburse the funds interpled by plaintiff American General Life Insurance Company in this action, in the amount of $262,694.28, in the manner set forth in the Order for Disbursement of Interpled Funds which shall be entered in this action;

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

11. That defendants Red Rock Investors, LLC, Edith Fahl LLC, Edith Fahl II, LLC, B&B Equity Group LLC and/or Eagle Investment Corporation of America hereby are ordered to refrain from and are permanently enjoined from instituting or prosecuting any proceeding in any State or United States Court against American General Life Insurance Company relating to or claiming any entitlement to the premiums paid for the Policy and/or seeking any relief or benefits whatsoever under and/or based upon the Policy; and

12. That except as expressly stated herein and/or in the Order For Disbursement of Interpled Funds entered in this action, each party is to bear their own attorney's fees and costs of suit incurred in this action.

13. The Clerk of this Court is directed to close this file upon the full and final disbursement of all funds as provided in the Order for Disbursement filed concurrently herewith.

Date: February 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

4
**STIPULATED JUDGMENT**
USDC EDCA Case # CV08-00932 MCE DAD
382471.1

PDF created with pdfFactory trial version www.pdffactory.com