ADRIENNE C. PUBLICOVER  (SBN 161432)
Email: adrienne.publicover@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
Email: dennis.rhodes@wilsonelser.com
CHARAN M. HIGBEE  (SBN 148293)
Email: charan.higbee@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California  94105
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370

Attorneys for Plaintiff
AMERICAN GENERAL LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     v.<br><br>EDITH FAHL, EDITH FAHL ILIT 02-28-06, RED ROCK INVESTORS, LLC, EDITH FAHL LLC, EDITH FAHL II, LLC, B&B EQUITY GROUP, LLC, EAGLE INVESTMENT CORPORATION OF AMERICA,<br><br>             Defendants. | Case No.     CV08-00932 MCE DAD<br><br>**ORDER FOR DISBURSEMENT OF INTERPLED FUNDS**<br><br>Courtroom :   7<br>Floor       :   14<br>Before      :   Hon. Morrison C. England, Jr. |

Plaintiff American General Life Insurance Company having deposited funds in interpleader in the sum of $262,694.28 with the Clerk of this Court on May 1, 2008 in this action and the parties having reached a Stipulated Judgment in this action,

**THE COURT HEREBY MAKES THIS ORDER FOR DISBURSEMENT OF INTERPLED FUNDS** directing the Clerk to disburse funds, which have been interpled in this action, in the manner set forth below:

PDF created with pdfFactory trial version www.pdffactory.com

1.	A check shall be issued payable to "American General Life Insurance Company" in the sum of $15,000.00 and this check shall be mailed to Wilson, Elser, Moskowitz, Edelman & Dicker LLP, attention Charan M. Higbee, Esq., at 525 Market Street, 17th Floor, San Francisco, CA  94105; and

2.	The remaining portion of the interpled funds in this action, after the disbursement in the amount of $15,000.00 to American General Life Insurance Company set forth in paragraph 1 above and after any fees assessed by the Court, shall be disbursed in a check payable to "B&B Equity Group, LLC" and this check shall be mailed to Law Offices of Les Hait, attention Les Hait, Esq., at 762 East Avenue, Chico, CA  95926.

Date: February 6, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

# CERTIFICATE OF SERVICE
*American General Life Insurance Company v. Edith Fahl, et al.*
*USDC EDCA Case #CV08-00932 MCE DAD*

I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address are 525 Market Street, 17th Floor, and San Francisco, California 94105-2725.

On this date I served the following document(s):

**ORDER FOR DISBURSEMENT OF INTERPLED FUNDS**

on the part(y)(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

**à**     :     <u>By First Class Mail</u> -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

_____     :     <u>By Overnight Courier</u> -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the addressee on the next business day.

_____     :     <u>Facsimile</u> -- (Only where permitted. Must consult CCP §1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.CA.)

Les Hait, Esq.
LAW OFFICES OF LES HAIT
762 East Avenue
Chico, CA  95926
Tel:     (530) 895-3352
Fax:     (530) 895-0401
*Attorneys for Defendants*
***B&B EQUITY GROUP, LLC and***
***EAGLE INVESTMENT CORPORATION OF AMERICA***

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on **February 6, 2009**, at San Francisco, California.

_____
Nancy Li

3
**ORDER FOR DISBURSEMENT OF INTERPLED FUNDS**
USDC EDCA Case # CV08-00932 MCE DAD
383387.1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
**ORDER FOR DISBURSEMENT OF INTERPLED FUNDS**
USDC EDCA Case # CV08-00932 MCE DAD
383387.1

PDF created with pdfFactory trial version www.pdffactory.com